■ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v KENNETH BEACHUM, Appellant. [62 NYS3d 264]—

Judgments, Supreme Court, Bronx County (Martin Marcus, J.), rendered June 26, 2014, as amended December 13, 2016, convicting defendant, upon his pleas of guilty, of criminal possession of a forged instrument in the second degree and grand larceny in the third degree, and sentencing him, as a second felony offender, to an aggregate term of 2½ to 5 years, unanimously affirmed.

Defendant was properly adjudicated a second felony offender based upon a New Jersey drug conviction. The court properly consulted the accusatory instrument (*see People v Jurgins*, 26 NY3d 607, 613-614 [2015]), which established that the predicate crime involved possession with intent to distribute heroin (*see People v Santiago*, 143 AD3d 545 [1st Dept 2016], *lv denied* 28 NY3d 1127 [2016]; *People v West*, 58 AD3d 483 [1st Dept 2009], *lv denied* 12 NY3d 822 [2009]). We decline to revisit our prior holdings on this issue. Concur—Manzanet-Daniels, J.P., Mazzarelli, Moskowitz, Kahn and Kern, JJ.